THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Melvin Lewis Rhinehart,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-571
Submitted July 15, 2003  Filed October 
 1, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Melvin Lewis Rhinehart was 
 convicted of possession of crack cocaine with intent to distribute and possession 
 of crack cocaine with intent to distribute within the proximity of a public 
 park.  Rhineharts appellate counsel filed a brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition 
 to be relieved from representation, asserting there are no directly appealable 
 issues of arguable merit.  Rhinehart filed a pro se response with 
 the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON,
JJ., concur.

 
 
 
 [1] We decide this case without oral argument pursuant to Rule 215,
 SCACR.